11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Willie Abalos, Jr.,                    * From the County Court at
                                         Law No. 2 of Midland County,
                                         Trial Court No. FM-50,265

Vs. No. 11-11-00330-CV                 * November 21, 2013

Wendie Carol Abalos,                   * Memorandum Opinion by Wright, C.J.
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed only insofar as it ordered that Willie Abalos, Jr. pay child support in the amount of $2,100 and in the additional amount of $3,400 per month. We remand the cause to the trial court for it to determine the proper amount of child support to be paid by Willie Abalos, Jr. In all other respects, the judgment of the trial court is affirmed. The costs incurred by reason of this appeal are taxed 75% against Wendie Carol Abalos and 25% against Willie Abalos, Jr.